# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                        1:11-mj-69
Computer servers at Google,             UNDER SEAL - LEVEL I
an e-mail provider located
at 1600 Amphitheatre Parkway,
Mountain View, CA 94043

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the

government seeking an extension of the Order precluding Google

from notifying any person of the existence of the Search Warrant

pertaining the e-mail account **ineedlead@gmail.com**, finds that

there is reason to believe that notification of the existence of

the Search Warrant will result in the destruction of or tampering

with evidence or otherwise will seriously jeopardize the

investigation.

THEREFORE IT IS ORDERED that Google shall not notify any

person of the existence of the Search Warrant, for an additional

period of ninety (90) days.

November 30 , 2011


                          /s/ Landya B. McCafferty
                          Landya B. McCafferty
                          United States Magistrate Judge